### PECK cont\* CLOWTER

Iohn Peck cont\* Thomas Clowter Defend\* in an Accion of the case for witholding the Summe of Eight pounds twelve Shillings or thereabout money due to this plaint. as shall appeare by evidence with damages: . . . The Iury . . . found for the Defend\* costs of Court